# UNITED STATES DISTRICT COURT

District of New Jersey

BRUCE J. WISHNIA, on behalf of himself and
all others similarly situated,

V.

D.B.F. COLLECTION CORP., DAVID B.
FREEMAN (individually), LISA MARINO,
(individually), STANLEY KATZ, ESQ.,
JANE DOE, and JOHN DOE.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-4147 (FSH)

TO: (Name and address of Defendant)

> David B. Freeman
> 1383 Sturl Avenue
> Hewlett, New York 11557

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> LAW OFFICES OF JOSEPH K. JONES. LLC
> Joseph K. Jones, Esq.
> 375 Passaic Avenue, Suite 100
> Fairfield, New Jersey 07004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within reasonable period of time after service.

_____          _____
CLERK                                                                                                        DATE

_____
(By) DEPUTY CLERK